F I L E D
Clerk
District Court

JUL 2 8 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

CR 05-00025

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. _____ |
| | ) | |
| Plaintiff, | ) | |
| | ) | **INFORMATION** |
| vs. | ) | |
| | ) | **COUNT 1** |
| VIVIAN MENDIOLA FLEMING, | ) | Conspiracy to Distribute Methamphetamine |
| | ) | 21 U.S.C. §846 |
| Defendant. | ) | 21 U.S.C. §841(a)(1) |
| | ) | 21 U.S.C. §841(b)(1)(C) |

The United States Attorney charges:

## COUNT 1

Between about June 2003 and December 2003, in the District of The Northern Mariana Islands, the defendant, VIVIAN MENDIOLA FLEMING, did knowingly and unlawfully combine, conspire, confederate and agree with other persons, known and unknown to the United States, to distribute approximately 3 grams of methamphetamine in the form commonly known as "ice", a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

This is a violation of Title 21, United States Code, Section 846.

Respectfully Submitted,

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
JAMIE D. BOWERS
Assistant United States Attorney