```
                                                    F I L E D
                                                       Clerk
                                                   District Court

                                                    JUL 29 2005

                                              For The Northern Mariana Islands
                                              By
           UNITED STATES DISTRICT COURT         (Deputy Clerk)
                       FOR THE
               NORTHERN MARIANA ISLANDS
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL ACTION NO. 05-00025 |
| ) | |
| Plaintiff, ) | |
| vs. ) | ORDER SETTING |
| ) | SENTENCING DATE |
| VIVIAN MENDIOLA FLEMING, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED that the defendant be referred to the US. Probation Office for investigation and report. The presentence investigation report is due on **September 27, 2005.** Sentencing is scheduled for **Tuesday, November 1, 2005** commencing at the hour of ten o'clock a.m.

DATED this 29th day of July, 2005.

_____
DAVID A. WISEMAN, Designated Judge

AO 72
(Rev. 08/82)