Steven P. Pixley, Esq.
Attorney at Law
Second Floor, CIC Centre
Post Office Box 7757 SVRB
Saipan, M.P. 96950
Telephone: (670) 233-2898/5175
Facsimile: (670) 233-4716

*Attorney for Vivian Fleming*

FILED
Clerk
District Court

OCT 2 6 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> -vs- ) <br> ) <br> VIVIAN MENDIOLA FLEMING, ) <br> ) <br> Defendant. ) | Criminal Case No. 05-00025 <br><br> STIPULATION AND ORDER CONTINUING SENTENCING DATE |

This criminal case is presently scheduled for sentencing on November 1, 2005, at 10:00 a.m. The parties hereby stipulate and agree that the sentencing in this matter be continued to **November 9, 2005, at 10:30 a.m.**

Dated: October 24, 2005

STEVEN P. PIXLEY, ESQ.
Attorney at Law

Dated: 10/25/5

JAMIE D. BOWERS, ESQ.
Assistant Attorney General

**ORDER**

Based upon the Stipulation of counsel, the sentencing in this matter is hereby continued to November 9, 2005, at 10:30 a.m.

**SO ORDERED**, this 26TH day of October, 2005.

ALEX R. MUNSON
Chief Judge, United States District Court

- 2 -