FILED
Clerk
District Court

NOV 04 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VIVIAN M. FLEMING,<br><br>Defendant. | Criminal Action No. 05-00025-01<br><br><u>Order Rescheduling Sentencing<br>Time</u> |

Jamie D. Bowers
Assistant U.S. Attorney
P.O. Box 500377
Saipan, MP 96950

Stephen P. Pixley
Attorney at Law
P.O. Box 501280
Saipan, MP 96950

IT IS ORDERED that the Sentencing in the above case set for Wednesday, November 9, 2005, at 10:30 a.m., is rescheduled to 4:30 p.m., on the same date.

DATED this 4th day of November, 2005.

_____
Judge Alex R. Munson

AO 72
(Rev. 08/82)