FILED
District Court
NOV 0 7 2005
For The Northern Mariana Islands
By_____
         (Deputy Clerk)

LEONARDO M. RAPADAS
United States Attorney
JAMIE D. BOWERS
Assistant United States Attorney
DISTRICT OF THE NORTHERN MARIANA ISLANDS
Horiguchi Building, Third Floor
P. O. Box 500377
Saipan, MP 96950-0377
Telephone:   (670) 236-2986
Fax:         (670) 236-2985

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 05-00025 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **GOVERNMENT'S MOTION FOR SUBSTANTIAL ASSISTANCE DEPARTURE UNDER USSG §5K1.1** |
| VIVIAN MENDIOLA FLEMING, | ) | |
| Defendant. | ) | |

Pursuant to Section 5K1.1 of the United States Sentencing Guidelines, the plaintiff, United States of America, hereby moves the Court to depart from the advisory Sentencing Guidelines, based on defendant's substantial assistance to the government.

The government recommends a 50% departure from the bottom of the advisory guideline range as calculated in the pre-sentence report.

Respectfully submitted,

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
JAMIE D. BOWERS
Assistant United States Attorney