| PROB 37<br>(Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam  96910<br>Tel: (671) 473-9201 |

**Vivian M. Fleming**
USDC Cr. Cs. #05-000025
SS# XXX-XX-XXX
DOB: XXXXX
Height: 5 ft 4 in
Weight: 130 lbs.



DATE  **June 14, 2007**

YOU ARE AUTHORIZED TO TRAVEL TO        **Glenn Heights, Texas**

LEAVING   **June 24, 2007**   AND RETURNING   _____

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

FILED
Clerk
District Court

PURPOSE OF THIS TRIP:

JUN 1 8 2007

**Relocation to the Northern District of Texas.**

For The Northern Mariana Islands
By_____
(Deputy Clerk)

SPECIAL INSTRUCTIONS:   (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. **You shall abide by your conditions of supervised release while on travel status;**

2. **You shall call the U.S. Probation Office in Westmoreland Park, Dallas Texas, at 972-709-6098, attention Officer  Donna Thompson, within 24 hours of arrival in Glenn Heights, Texas;**

COPY MAILED TO CHIEF PROBATION OFFICER IN
DISTRICT OF DESTINATION:

NAME      Gordon R. Okada
          Chief U.S. Probation Officer
ADDRESS   Northern District of Texas
          Westermoreland Park, Suite 100
          7220 South Westmoreland Road
          Dallas, Texas 75237-2984

_MARGARITA DLG. WONENBERG_
UNITED STATES PROBATION OFFICER

☒ APPROVED        ☐ DISAPPROVED

_____
The Honorable Alex R. Munson
Chief Judge
District of the Northern Mariana Islands

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF THE NORTHERN MARIANAS ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00025-001 |
| ) | |
| Plaintiff, ) | |
| ) | **REQUEST TO TRAVEL** |
| vs. ) | |
| ) | |
| VIVIAN MENDIOLA FLEMING, ) | |
| ) | |
| Defendant. ) | |

On November 9, 2005, Vivian Mendiola Fleming was sentenced by the Honorable Alex R. Munson, Chief Judge for District of the Northern Mariana Islands, for Conspiracy to Distribute and Possession with Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. § 841(a)(1) She was ordered to serve nine months imprisonment followed by three years supervised release with conditions that she not commit another federal, state, or local crime; not unlawfully possess a controlled substance and refrain from any unlawful use of a controlled substance; submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed eight tests per month as directed by the probation officer; refrain from possessing a firearm, destructive device, or any other dangerous weapon or have such weapon at her residence; participate in a program approved by the U.S. Probation for substance abuse, which may include testing to determine whether the defendant has reverted to the use of drugs; make co-payment for the program at a rate to be determined by the U.S. Probation Office; seek and maintain gainful employment; complete 200 hours of community service under the direction of the U.S. Probation Office.

On April 30, 2007, Ms. Fleming submitted a request to relocate to Glenn Heights, Northern District of Texas, in order to obtain gainful employment. While in Texas, she proposes to stay with friends, Velma and Edward Borja, who reside in a four bedroom house in Glenn Heights, a suburb of Dallas, Texas. On May 16, 2007, a request for pre-transfer investigation was submitted to Dallas, Northern District of Texas. On June 11, 2007, Ms. Fleming submitted a request to travel to Texas on June 24, 2007. She will be accompanied by her boyfriend, Jesse Manibusan. On June 5, 2007, the District of Texas responded favorably to Ms. Fleming's request to relocate to their district.

Request to Travel
Re: FLEMING, Vivian Mendiola
USDC Cr. Cs. No. 05-00025-001
June 14, 2007
Page 2

**Supervision Compliance:** Ms. Fleming is in compliance with the conditions of her supervised release. She satisfied her special assessment fee on November 9, 2005. She completed a substance abuse treatment program on April 23, 2007. Ms. Fleming also satisfied her community service hours at the National Park Service American Memorial Park on August 21, 2006. She successfully completed her mandatory urine testing on July 3, 2006.

**Recommendation:** In light of Ms. Fleming's compliance to her release conditions and her drive to improve her life by first becoming gainfully employed, this officer supports her request to travel and relocate to Texas and seeks Court approval.

Respectfully Submitted,

FRANK MICHAEL CRUZ
Chief U. S. Probation Officer

By: _____
MARGARITA DLG WONENBERG
U. S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:   File